USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR LOPEZ

                Plaintiff,

    - against -

ALALA, LLC,

                Defendant.
------------------------------------------------------------X

21-CV-10816 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff filed this action on December 16, 2021. An affidavit of service was filed on January 3, 2022. (Dkt. 7.) An answer has not yet been filed. Accordingly, Plaintiff shall file a status report by March 25, 2022.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: March 18, 2022
        New York, New York

Copies transmitted this date to all counsel of record.