UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VICTOR LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                  Plaintiffs,

                  v.

ALALA, LLC,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-10816

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), VICTOR LOPEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ALALA,

LLC, withou prejudice and without fees and costs.

Dated: New York, New York
      April 29, 2022

                                  **GOTTLIEB & ASSOCIATES**

                                  */s/Michael A. LaBollita, Esq.*

                  Michael A. LaBollita, Esq., (ML-9985)
                  150 East 18th Street, Suite PHR
                  New York, NY 10003
                  Phone: (212) 228-9795
                  Fax: (212) 982-6284
                  Michael@Gottlieb.legal

                           *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge
5/2/2022